# UNITED STATES DISTRICT COURT
## District of Minnesota

Victor Navarro Govea,

Petitioner(s),

v.

Todd Lyons, Kristi Noem, Pamela Bondi, Daren K. Margolin and David Easterwood,

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-119 ECT/SGE

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Petitioner Victor G.'s Petition for Writ of Habeas Corpus [ECF No. 1] is GRANTED as follows:

1. The Court DECLARES Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2).
2. Respondents shall release Petitioner from custody as soon as practicable, but not later than within 48 hours of this Order.

Date: 1/18/2026

KATE M. FOGARTY, CLERK